**MANNING CURTIS BRADSHAW
& BEDNAR PLLC**
Alan C. Bradshaw, #4801
Austin Sabin, #19667
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
Telephone: (801) 363-5678
abradshaw@mc2b.com
asabin@mc2b.com

*Attorneys for Defendant/Counterclaim-Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>HIREVUE, INC.,<br><br>Defendant and Counterclaim-Plaintiff. | **JOINT STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No. 2:24-cv-102-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 29, the above-captioned Parties jointly move this Court for an extension of all deadlines in this matter. The parties hereby stipulate and agree to extend the deadline to amend pleadings, to join parties, and to submit written discovery six (6) weeks, until Friday, the 14 of November. Further deadlines shall occur as follows:

| 1. | | **DISCOVERY MATTERS** | | |
|---|---|---|---|---|
| | a. | Last day to serve written discovery: | | *11/14/2025* |
| | b. | Close of fact discovery: | | *12/15/2025* |
| | c. | (*optional*) Final date for supplementation of disclosures and discovery under Rule 26(e): | | *4/3/2026* |

| 2. |    | **AMENDMENT OF PLEADINGS/ADDING PARTIES**[1] |    | **DATE** |
|----|----|----|----|----|
|    | a. | Last day to file Motion to Amend Pleadings: |    | *11/14/2025* |
|    | b. | Last day to file Motion to Add Parties: |    | *11/14/2025* |
| 3. |    | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** |    | **DATE** |
|    | **Notices of Designation** | | | |
|    | a. | Party(ies) bearing burden of proof: |    | *1/16/2026* |
|    | b. | Counter notices: |    | *2/20/2026* |
|    | **Disclosures (subject and identity of experts)** | | | |
|    | a. | Party(ies) bearing burden of proof: |    | *4/20/2026* |
|    | b. | Counter disclosures: |    | *5/4/2026* |
|    | **Reports** | | | |
|    | a. | Party(ies) bearing burden of proof: |    | *4/20/2026* |
|    | b. | Counter reports: |    | *5/4/2026* |
|    | c. | Rebuttal reports, if any: |    | *5/18/2026* |
| 4. |    | **OTHER DEADLINES** |    | **DATE** |
|    | a. | Last day for expert discovery: |    | *6/5/2026* |
|    | b. | Deadline for filing dispositive or potentially dispositive motions: |    | *6/19/2026* |
|    | c. | Deadline for filing partial or complete motions to exclude expert testimony: |    | *6/26/2026* |

A proposed Amended Scheduling Order reflecting the updated deadlines is filed concurrently herewith.

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

DATED October 3, 2025.

        **MANNING CURTIS BRADSHAW & BEDNAR PLLC**

        */s/ Alan C. Bradshaw*
        Alan C. Bradshaw
        Austin Sabin

        *Attorneys for HireVue, Inc.*

        **GORDON REES SCULLY MANSUKHANI, LLP**

        */s/ Zachary A. Bloomer*
        Mark A. Nickel
        Zachary A. Bloomer
        *E-Signed with Permission

        *Attorneys for ACE American Insurance Company*

        OF COUNSEL:
        Alan Joaquin
        Elderidge Nichols