# EXHIBIT 20

From: Rossen, Benjamin <brossen@ftc.gov>
Date: October 30, 2020 9:41:18 AM (-06)
To: "Stieber, Courtney" <CStieber@seyfarth.com>
Cc: "Han, Sangjoon" <shan@ftc.gov>, "Robertson, Christopher" <crobertson@seyfarth.com>
Subject: **HireVue**

Attachments:

**[EXT. Sender]**

Dear Courtney:

Thank you for your ongoing cooperation in our investigation into HireVue. We have completed our review and have decided not to recommend any enforcement action at this time. Our decision not to pursue enforcement should not be construed as a determination that a violation did not occur, just as the pendency of an investigation should not be construed as a determination that a violation has occurred. The Commission reserves all rights to take further action as the public interest may warrant.

I am switching to a new role at the agency on Monday, so please contact Simon Han if you have any other questions or concerns relating to this matter.

Regards,

Ben

---

**Ben Rossen**

Federal Trade Commission

Bureau of Consumer Protection

Division of Privacy and Identity Protection

600 Pennsylvania Avenue, N.W.

Mail Drop -8232

Washington, DC 20580

(202) 326-3679 (direct)

brossen@ftc.gov

EXHIBIT
79
Frank Staiano 6/3/26